**United States Rubber Company, Appellee, v. Cap-All Tires, Inc., Appellant.**

**Gen. No. 47,363.**

First District, Third Division.

June 27, 1958.

Rehearing denied October 23, 1958.

Released for publication October 23, 1958.

Donald M. Trilling, for appellant; Aaron Taymor, for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.